## CLERK'S MAILING CERTIFICATE

A copy of the foregoing Report and Recommendation was mailed this date to the following:

Anthony Dawain Shaw, # 344733
Sussex II State Prison
24427 Musselwhite Drive
Waverly, VA 23891

Donald E. Jeffrey, III, Esq.
Office of Attorney General
900 East Main Street
Richmond, VA 23219

Fernando Galindo, Clerk

By _[signature]_
Clerk of the Court

January 7, 2010

11